IDA GORIN et al., Respondents, v. JOHN B. ARNOLD, Appellant, et al., Defendants.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

N. ROSE CORPORATION, Appellant, v. JOHN W. HENRY et al., Respondents.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT BALDISENO, Appellant.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

WILLIAM M. MIRICK, SR., Respondent, v. GAVIN MITCHELL, Appellant.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of GINSBURG, INC., Petitioner, against HENRY E. BRUCKMAN et al., Constituting the State Liquor Authority, Respondents.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

SYLVESTER HOLMES, Respondent, v. COUNTY OF ERIE, Appellant.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.